MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JAVIER TELLEZ AYALA, )<br>  a/k/a Javier Ayala Telelz, )<br>  a/k/a Gilberto Villasenor Calderon, )<br>)<br>    Defendant. )<br>)<br>_____) | No. CR 11-0816 RS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME UNDER 18<br>U.S.C. § 3161** |

    The defendant appeared for his first status conference before this Court on November 22, 2011. The parties requested a pre-plea Pre-Sentencing Report (PSR) for Mr. Ayala. The parties represented that the pre-plea PSR will aid Mr. Ayala's understanding of the potential sentence he may face in this case. The Government also anticipates providing the defendant with additional discovery. Accordingly, defense counsel will need additional time to review. The parties have agreed to exclude the period of time between November 22, 2011 to January 3, 2012, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18

U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: November 23, 2011    _____/s/_____
                SUSAN PHAN
                Special Assistant U.S. Attorney

DATED: November 23, 2011    _____/s/_____
                DANIEL BLANK
                Attorney for JAVIER TELLEZ AYALA

|   | [PROPOSED] ORDER |
|---|---|
| 1 | |

     For the reasons stated above at the November 22, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 22, 2011 to January 3, 2012 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

     IT IS SO ORDERED.

DATED: 11/23/11

                                  RICHARD SEEBORG
                                  United States District Judge